UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION<br><br>*As to All Related and Member Cases* | MDL Case No.:  13-md-2452-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION DISMISSING ALL REMAINING CASES EXCEPT FOR THOSE WITH PRO SE PLAINTIFFS**<br><br>**(Doc. No. 6494)** |

Pursuant to the Joint Motion filed by behalf Plaintiffs' Steering Committee and Defendants Amylin Pharmaceuticals, LLC, Eli Lilly and Company, Merck Sharp & Dohme Corp (now known as Merck Sharp and Cohme LLC), and Novo Nordisk, Inc., the Court **ORDERS** that all remaining cases in the MDL are dismissed, except for the following cases with pro se plaintiffs:

- *Haugabook, L'Queniia, Individually and as the Successor-in-Interest of the Estate of L'Malika Rolling, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No. 3:13-cv-00977-AJB-MDD.

- *Kovelman, Joyce, Individually and as Successor-in-Interest of the Estate of Gilbert Kovelman, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No. 3:12-cv-03079-AJB-MDD.

- *Foye, Pears and Sharon v. Amylin Pharmaceuticals, LLC et al.*, Case No. 3:14-cv-00559-AJB-MDD.

1 | Accordingly, the parties' Joint Motion is **GRANTED**. (Doc. No. 6494.) The Clerk
2 | of Court is instructed to enter this Order in the MDL case and in each corresponding
3 | individual case, as well as terminate all other pending motions for voluntary dismissal as
4 | moot.

**IT IS SO ORDERED**.

Dated: August 12, 2022

Hon. Anthony J. Battaglia
United States District Judge